[NOT FOR PUBLICATION—NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-2404

SOLOMON UPSHAW,

Plaintiff, Appellant,

v.

BOSTON TRANSPORTATION DEPARTMENT, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Morris E. Lasker, U.S. District Judge]

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

Solomon Upshaw on brief pro se.
Merita A. Hopkins, Corporation Counsel, and Stephen G. Cox, Assistant Corporation Counsel, City of Boston Law Department, on brief for appellees.

April 26, 2002

**Per Curiam**.  After carefully considering the briefs and record on appeal, we <u>affirm</u> for substantially the reasons stated by the district judge.

<u>Affirmed</u>. Loc. R. 27(c).